UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.  CV 13-1570-AJW                                      Date:   April 4,  2013

Title:    EDWARD VELAZCO VS. COUNTY OF LOS ANGELES ,ET AL.

PRESENT:  <u>HONORABLE ANDREW J. WISTRICH,  U.S. MAGISTRATE JUDGE</u>

    Y. Benavides
    Courtroom Deputy                                 Court Reporter/CourtSmart

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

   NO APPEARANCE                        NO APPEARANCE

PROCEEDINGS:      ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

     Plaintiff(s) is ordered to show cause in writing no later than  April 18, 2013, why this action should not be dismissed for lack of prosecution.

     The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

    .

- Answer by the defendant(s) or plaintiff's request for entry of default.

    .

     In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order may result in the dismissal of the action.

MINUTES FORM 90                                             Initials of Deputy Clerk  yb
CIVIL -- GEN