# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD VELAZCO,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; PETER NICHOLAS; DAN RAMIREZ and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. **CV 13-01570 (AJW)**<br><br>**ORDER RE: DISMISSAL** |

The Court having read and considered the Stipulation for Dismissal executed by counsel for Plaintiff and Defendant, this action is ordered dismissed with prejudice. Each party is to bear its own costs and attorneys fees.

IT IS SO ORDERED.

Dated: ____1/8/2014_____

_____
The Honorable Andrew J. Wistrich
United States District Court Judge

HOA.1121503.1

ORDER RE DISMISSAL